US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 8 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:19CR50038-001 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(2) |
| CHAD SKIRVIN | ) | 18 U.S.C. § 2256(8) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or between July 5, 2018 and September 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **CHAD SKIRVIN**, knowingly accessed a Corsair Desktop computer, connected to the internet, with the intent to view child pornography, including images depicting minors under 12 years of age, as that term is defined by Title 18, United States Code, Section 2256(8), that had been mailed and shipped and transported in interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, and that was produced using materials which have been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

On or between July 5, 2018 and September 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **CHAD SKIRVIN**, knowingly possessed a Corsair Desktop computer, that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8) including images of minors under the age of 12, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein all Count(s) of this Indictment. Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253 the defendant's interest in:

1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the offenses in the

Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating by reference Title 21, United States Code, Section 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *[signature]*
Amy M. Driver
Assistant U. S. Attorney
Arkansas Bar No. 97224
414 Parker Ave
Fort Smith, Arkansas 72901
479-249-9048
E-mail Amy.Driver@usdoj.gov